# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5042**                           **September Term, 2018**

1:18-cv-03086-DLF
1:18-cv-02988-DLF

**Filed On: February 26, 2019** [1774914]

Damien Guedes, et al.,

    Appellants

Firearms Policy Coalition, Inc., CA 18-3083,

    Appellee

    v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

    Appellees

------------------------------
Consolidated with 19-5043, 19-5044

### O R D E R

The notice of appeal was filed on February 25, 2019, and docketed in this court on February 26, 2019. It is, on the court's own motion,

**ORDERED** that these cases be consolidated. It is

**FURTHER ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 28, 2019 |
| Docketing Statement Form | March 28, 2019 |
| Entry of Appearance Form | March 28, 2019 |
| Procedural Motions, if any | March 28, 2019 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 28, 2019 |

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5042**  September Term, 2018

| | |
|---|---|
| Statement of Issues to be Raised | March 28, 2019 |
| Transcript Status Report | March 28, 2019 |
| Underlying Decision from Which Appeal or Petition Arises | March 28, 2019 |
| Dispositive Motions, if any (Original and 4 copies) | April 12, 2019 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 28, 2019 |
| Entry of Appearance Form | March 28, 2019 |
| Procedural Motions, if any | March 28, 2019 |
| Dispositive Motions, if any (Original and 4 copies) | April 12, 2019 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

> **FOR THE COURT:**
> Mark J. Langer, Clerk
>
> BY:  /s/
> Laura M. Chipley
> Deputy Clerk

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 19-5042**                                                                 **September Term, 2018**

The following forms and notices are available on the Court's website:

      Civil Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Request to Enter Appellate Mediation Program
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases