USCA Case #19-5042      Document #1774973            Filed: 02/26/2019      Page 1 of 1

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Guedes

**v.** Bureau of Alcohol, Tobacco, Firearms & E;

**Case No:** 19-5042, 19-5043

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☉ Pro Bono  ☐ Appointed (CJA/FPD)  ☐ Gov't counsel

for the ☉ Appellant(s)/Petitioner(s)  ☐ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Firearms Policy Coalition, Inc.

### Counsel Information

Lead Counsel: Thomas C. Goldstein
Direct Phone: (301) 857-1001   Fax: (866) 574-2033   Email: tgoldstein@goldsteinrussell.com

2nd Counsel: Daniel Woofter
Direct Phone: (301) 347-6234   Fax: (866) 574-2033   Email: dhwoofter@goldsteinrussell.com

3rd Counsel:
Direct Phone: (   )    -      Fax: (   )    -      Email:

Firm Name: Goldstein & Russell, P.C.
Firm Address: 7475 Wisconsin Avenue, Suite 850, Bethesda, MD 20814
Firm Phone: (202) 362-0636   Fax: (866) 574-2033   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)