# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Guedes

v.

Bureau of Alcohol Tobacco Firearms and E[xplosives]

**Case No:** 19-5042, 19-5043

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Damien Guedes

Shane Roden

Firearms Policy Foundation

Madison Society Foundation, Inc.

Florida Carry, Inc.

### Counsel Information

Lead Counsel: Joshua Prince

Direct Phone: (888) 202-9297  Fax: (610) 400-8439  Email: Joshua@CivilRightsDefenseFirm.com

2nd Counsel: Adam Kraut

Direct Phone: (888) 202-9297  Fax: (610) 400-8439  Email: AKraut@CivilRightsDefenseFirm.com

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Civil Rights Defense Firm, P.C.

Firm Address: 646 Lenape Road, Bechtelsville, PA 19505

Firm Phone: (888) 202-9297  Fax: (610) 400-8439  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)