**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** David Codrea, et al

v.   **Case No:** 19-5044

William Barr, et al

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

David Codrea

Scott Heuman

Owen Monroe

### Counsel Information

Lead Counsel: Stephen D. Stamboulieh

Direct Phone: (601) 260-3375  Fax: (___) ___-____  Email: stephen@sdslaw.us

2nd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

3rd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Stamboulieh D. Stamboulieh

Firm Address: P.O. Box 4008, Madison, MS 39130

Firm Phone: (601) 852-3440  Fax: (___) ___-____  Email: stephen@sdslaw.us

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)