# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Damien Guedes, et al.

**v.**

Bureau of Alcohol, Tobacco, Firearms and

**Case No:** 19-5042, 19-5043, 19-5044

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☉ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ☉ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| United States of America | Bureau of Acohol, Tobacco, Firearms & Explos |
| William Barr, Attorney General | Thomas E. Brandon, Acting Director, ATF |

### Counsel Information

**Lead Counsel:** Hashim M. Mooppan

**Direct Phone:** (202) 307-5906  **Fax:** (   ) -   **Email:** hashim.mooppan@usdoj.gov

**2nd Counsel:** Scott R. McIntosh

**Direct Phone:** (202) 514-4052  **Fax:** (202) 514-8151  **Email:** scott.mcintosh@usdoj.gov

**3rd Counsel:** Abby Wright

**Direct Phone:** (202) 514-0664  **Fax:** (202) 514-0664  **Email:** abby.wright@usdoj.gov

**Firm Name:** Civil Division, Department of Justice, Room 7252

**Firm Address:** 950 Pennsylvania Avenue, N.W., Washington D.C. 20530

**Firm Phone:** (202) 514-2000  **Fax:** (   ) -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2019, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

　　　　　　　　　　　　　　　　　　s/ *Abby C. Wright*
　　　　　　　　　　　　　　　　　　Abby C. Wright
　　　　　　　　　　　　　　　　　　Counsel for defendants
　　　　　　　　　　　　　　　　　　Abby.Wright@usdoj.gov