# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David Codrea, et al., ) | |
|    *Plaintiffs-Appellants*, ) | |
| ) | No. 19-5044 |
| v. ) | |
| ) | Consolidated with Nos. |
| William Barr, et al., ) | 19-5042, 19-5043 |
|    *Defendants-Appellees*. ) | |
| _____ ) | |

Consolidated with:

_____

Damien Guedes, et al., )
   *Plaintiffs-Appellants,* )
)
Firearms Policy Coalition, Inc., )
   *Plaintiff-Appellant,* )
)
v. )
)
Bureau of Alcohol, Tobacco, )
Firearms and Explosives, et al. )
   *Defendants-Appellees.* )
_____)

**PLAINTIFFS-APPELLANTS' NOTICE OF JOINDER IN THE CONSOLIDATED CASES' MOTION TO EXPEDITE AND TO SET BRIEFING AND ARGUMENT SCHEDULE IN 19-5042 AND 19-5043**

COME NOW, Plaintiffs-Appellants David Codrea, Scott Heuman, and Owen Monroe ("Plaintiffs-Appellants") and hereby files its Notice of Joinder in the

Consolidated Cases' Motion to Expedite and to Set Briefing and Argument Scheduled in 19-5042 and 19-5043 [Document #1774980].

Dated: February 26, 2019.

Respectfully submitted,

*/s/Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009
*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this joinder complies with requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionality spaced font, and that it complies with type volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 44 words, according to Microsoft Word 365.

*/s/Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC

# CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to D.C. Circuit Rules 27(a)(4) and 28(a)(1), undersigned counsel hereby certifies as follows:

**(A)** **Parties and *Amici*.** The defendants in district court, and appellees here, are: Attorney General William Barr, in his official capacity[1] and the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives, an agency of the Department of Justice. The plaintiffs in district court, and appellants here are: David Codrea, Owen Monroe, and Scott Heuman. Damien Guedes; Firearms Policy Coalition, Inc.; Firearms Policy Foundation; Madison Society Foundation, Inc.; Shane Roden; and Florida Carry, Inc. were plaintiffs in related cases in the district court and are appellants in cases that have been consolidated with the instant case (No. 19-5042; No. 19-5043). No *amicus curiae* appeared in the district court.

(B)  Rulings Under Review. Under review in this appeal are an order and memorandum entered on February 25, 2019, in the U.S. District Court for the

---

[1] Substituted automatically for Acting Attorney General Matthew Whitaker.

District of Columbia, No. 1:18-cv-03086-DLF - ECF Nos. 21 and 22. The matter was before the Honorable U.S. District Judge Dabney L. Friedrich.

(C) Related Cases. The case on review was not previously before this Court. The following cases involve some of the same parties and/or the same or similar issues as presented in this appeal: *In re Grand Jury Investigation* (D.C. Cir. 18-3052, oral argument held Nov. 8, 2018, before Judges Henderson, Rogers, and Srinivasan), *United States ex rel. Landis v. Tailwind Sports Corp.* (D.C. Cir. No. 18-7143), *Blumenthal v. Whitaker* (D.D.C. No. 1:18-cv-02644) (voluntarily dismissed), *O.A. v. Trump* (D.D.C. No. 1:18-cv-02718), *Michaels v. Whitaker* (D.D.C. No. 1:18-cv-02906), *Damien Guedes et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives* (D.D.C. No. 1:18-cv-2988), *Firearms Policy Coalition, Inc. v. Bureau of Alcohol, Tobacco, Firearms and Explosives* (D.D.C. No. 1:18-cv-3083). To the best of undersigned counsel's knowledge, there are no other related cases pending before this Court, any other U.S. court of appeals, or any local or federal court in the District of Columbia.

                                      */s/ Stephen D. Stamboulieh*
                                      Stephen D. Stamboulieh
                                      *Attorney for Plaintiffs-Appellants*
                                      *David Codrea, Scott Heuman, Owen Monroe*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system on participants in the case who are registered CM/ECF users.

>*/s/ Stephen D. Stambouleh*
>Stephen D. Stambouleh
>*Attorney for Plaintiffs-Appellants*
>*David Codrea, Scott Heuman, Owen Monroe*