# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Damien Guedes, et al., *Plaintiffs-Appellants*, Firearms Policy Coalition, Inc., *Plaintiff-Appellant*, v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al., *Defendants-Appellees*. | No. 19-5042 Consolidated with Nos. 19-5043, 19-5044 |

### REPLY TO OPPOSITION TO PLAINTIFFS-APPELLANTS' JOINT MOTION TO EXPEDITE AND TO SET BRIEFING AND ARGUMENT SCHEDULE IN 19-5042 AND 19-5043

Plaintiffs-appellants reiterate that there is no reason this case cannot be fully briefed and argued on appeal within 30 days—indeed, that is what the district judge stated was her intent in entering an order on the preliminary injunctions with one month to spare. And to the extent the government would agree to separate briefing if they, too, may file separate briefs or are granted a commensurate extension of word limits, plaintiffs-appellants consent to such arrangement.

Dated: February 27, 2019

Respectfully submitted,

By: /s/ Daniel Woofter

Joshua Prince
Joshua@princelaw.com
Adam Kraut
AKraut@princelaw.com
CIVIL RIGHTS DEFENSE FIRM, P.C.
Bechtelsville, PA 19505
(610) 845-3803

*Attorneys for Plaintiffs-Appellants Damien Guedes, Shane Roden, Firearms Policy Foundation, Madison Society Foundation, Inc., and Florida Carry, Inc.*

Thomas C. Goldstein
TGoldstein@goldsteinrussell.com
Daniel Woofter
DHWoofter@goldstein-russell.com
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636

*Attorneys for Plaintiff-Appellant Firearms Policy Coalition, Inc.*

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point New Century Schoolbook LT Std., a proportionally spaced font, and that it complies with the type volume limitation of Fed. R. App. P. 27(d)(2)(C), because it contains 96 words, according to the count of Microsoft Word.

/s/ Daniel Woofter_____
Daniel Woofter

*Attorney for Plaintiff-Appellant
Firearms Policy Coalition, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system. I also certify that I will cause paper copies to be hand delivered to the Court on February 28, 2019.

/s/ Daniel Woofter_____
Daniel Woofter

*Attorney for Plaintiff-Appellant Firearms Policy Coalition, Inc.*