ORAL ARGUMENT SCHEDULED FOR MARCH 22, 2019

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Damien Guedes, et al., *Plaintiffs-Appellants*, <br> Firearms Policy Coalition, Inc., *Plaintiff-Appellant*, <br> v. <br> Bureau of Alcohol, Tobacco, Firearms and Explosives, et al., *Defendants-Appellees*. | No. 19-5042 <br><br> Consolidated with Nos. 19-5043, 19-5044 |

## MOTION TO DISPENSE WITH APPENDIX

Pursuant to Federal Rule of Appellate Procedure 30(f) and D.C. Circuit Rule 30(d), all plaintiffs-appellants in the consolidated appeals respectfully request that the Court dispense with the requirement of producing the appendix and permit the appeal to proceed on the original record. Good cause exists to dispense with the appendix requirement given the expedited briefing schedule before this Court and the straightforward, short record in the district court. All appellants in the consolidated appeals consent to the relief sought in this motion, and counsel for appellees stated that they do not oppose the motion.

Dated: March 2, 2019                    Respectfully submitted,

By: /s/ Daniel Woofter

Thomas C. Goldstein
TGoldstein@goldsteinrussell.com
Daniel Woofter
DHWoofter@goldsteinrussell.com
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636

*Attorneys for Plaintiff-Appellant Firearms Policy Coalition, Inc.*

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point New Century Schoolbook LT Std., a proportionally spaced font, and that it complies with the type volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 99 words, according to the count of Microsoft Word.

/s/ Daniel Woofter
Daniel Woofter

*Attorney for Plaintiff-Appellant Firearms Policy Coalition, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All participants in the case are registered CM/ECF users, and service of the public version will be accomplished by the appellate CM/ECF system.

/s/ Daniel Woofter
Daniel Woofter

*Attorney for Plaintiff-Appellant*
*Firearms Policy Coalition, Inc.*