# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Damien Guedes, et al.

**v.**

Bureau of Alcohol, Tobacco, Firearms, and

**Case No:** 19-5042, 19-5043, 19-5044

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☒ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s)  ☒ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| United States of America | Bureau of Alcohol, Tobacco, Firearms & Explos |
| William Barr, Attorney General | Thomas E. Brandon, Acting Director, ATF |

### Counsel Information

**Lead Counsel:** Brad Hinshelwood

**Direct Phone:** (202) 514-7823  **Fax:** (202) 514-8151  **Email:** bradley.a.hinshelwood@usdoj.gov

**2nd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** Civil Division, U.S. Department of Justice, Room 7256

**Firm Address:** 950 Pennsylvania Ave. NW, Washington, DC 20530

**Firm Phone:** (202) 514-2000  **Fax:** (___) ___-____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)