# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-5042**　　　　　　　　　　　　　　　　September Term, 2018

1:18-cv-02988-DLF
1:18-cv-03086-DLF

**Filed On:** March 4, 2019

Damien Guedes, et al.,

　　　　Appellants

Firearms Policy Coalition, Inc., CA 18-3083,

　　　　Appellee

　　v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

　　　　Appellees

------------------------------
Consolidated with 19-5043, 19-5044

　　　**BEFORE:**　　Henderson, Srinivasan, and Millett, Circuit Judges

## O R D E R

Upon consideration of appellants' motion to dispense with appendix, it is

**ORDERED** that the motion be dismissed as moot in light of the March 4, 2019 filing of the joint appendix.

### Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　Amanda Himes
　　　　　　　　　　　　　　　　Deputy Clerk