# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 19-5042 | September Term, 2018 |
| | 1:18-cv-03086-DLF |
| | 1:18-cv-02988-DLF |
| | Filed On: March 7, 2019 [1776605] |

Damien Guedes, et al.,

    Appellants

Firearms Policy Coalition, Inc., CA 18-3083,

    Appellee

    v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

    Appellees

------------------------------

Consolidated with 19-5043, 19-5044

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for March 22, 2019, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Circuit Judges Henderson, Srinivasan, and Millett..

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 15, 2019.

**Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

            BY:   /s/
                    Michael C. McGrail
                    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)