**No. 19-5042**
Consolidated with 19-5043, 5044

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

DAMIEN GUEDES, *et al.*,
*Appellants,*

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,
*Defendant-Appellees.*

**NOTICE OF INTENT TO FILE BRIEF BY THE CATO INSTIUTE AS** *AMICUS CURIAE* **IN SUPPORT OF PLAINTIFF-APPELLANTS**

                                      Ilya Shapiro
                                        *Counsel of Record*
                                      Josh Blackman*
                                      Matthew Larosiere*
                                      CATO INSTITUTE
                                      1000 Mass. Ave., N.W.
                                      Washington, D.C. 20001
                                      (202) 842-0200
                                      ishapiro@cato.org
                                        *not admitted in this Court

March 8, 2019                      *Counsel for Amicus Curiae*

Pursuant to Circuit Rule 29(b), the Cato Institute hereby gives notice that it intends to file a brief in this matter as *amicus curiae* in support of Plaintiff-Appellants. All parties have consented to the filing of this brief.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, the Cato Institute certifies that it has no parent corporation, and no publicly held company has 10% or greater ownership in the Cato Institute.

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I filed the foregoing Notice with this Court by causing a true digital copy to be electronically uploaded to the Court's CM/ECF system.

    /s/Ilya Shapiro
Ilya Shapiro
Counsel for *Amicus Curiae*