**ORAL ARGUMENT SCHEDULED FOR MARCH 22, 2019**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 19-5043 (consolidated with Nos. 19-5042 & 19-5044)

FIREARMS POLICY COALITION, INC. CA 18-3083,
*Plaintiff-Appellant,*

DAMIEN GUEDES; FIREARMS POLICY FOUNDATION; MADISON SOCIETY FOUNDATION, INC.; SHANE RODEN; FLORIDA CARRY, INC.,
*Plaintiffs-Appellees*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; WILLIAM P. BARR, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; THOMAS E. BRANDON, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES OF AMERICA,
*Defendants-Appellees*.

―――――――――――――――――

On Appeal from the United States District Court for the District of Columbia (Nos. 1:18-cv-02988-DLF, 1:18-cv-03086-DLF)

―――――――――――――――――

**MOTION FOR LEAVE TO FILE BRIEF OF CONSTITUTIONAL SCHOLARS AS AMICI CURIAE IN SUPPORT OF PLAINTIFF-APPELLANT FIREARMS POLICY COALITION, INC.**

―――――――――――――――――

Stephen A. Weisbrod (Bar No. 14795)
WEISBROD MATTEIS & COPLEY PLLC
1200 New Hampshire Avenue NW Suite 600
Washington, DC 20036
(202) 499-7909
(202) 478-1795 (fax)
sweisbrod@wmclaw.com

Pursuant to Fed. R. App. P. 29(a) and D.C. Cir. R. 29(b), Professors Erwin Chemerinsky, Alan B. Morrison, Victoria Nourse, Peter M. Shane, and Jed Shugerman ("Amici") respectfully move this Court for leave to file the attached *amici curiae* brief (the "Amicus Brief") in support of Appellant Firearm Policy Coalition, Inc.

Amici sought consent from the Government to file the Amicus Brief. The Government only consented to an amicus brief filed on or before Friday, March 8, 2019.

Amici are constitutional scholars who have spent decades studying and writing about the fundamental legal principles at stake in this case. Amici submit the Amicus Brief to provide the Court their perspective on what the Appointments Clause requires and why the constitutional implications of the appointment of former acting Attorney General Matthew Whitaker are so troubling. Though William Barr was confirmed and sworn in to the position of Attorney General on February 14, 2019, Amici believe that the Whitaker appointment could set a concerning precedent for future appointments.

For the foregoing reasons, Amici respectfully asks this Court to grant them leave to file the Amicus Brief.

Respectfully submitted,

*/s/ Stephen A. Weisbrod*
Stephen A. Weisbrod (Bar No. 14795)
WEISBROD MATTEIS & COPLEY PLLC
1200 New Hampshire Avenue NW Suite 600
Washington, DC 20036
(202) 499-7909
(202) 478-1795 (fax)
sweisbrod@wmclaw.com

March 11, 2019

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on March 11, 2019. All participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                                  /s/ Stephen A. Weisbrod
                                                  Stephen A. Weisbrod