ORAL ARGUMENT SCHEDULED FOR MARCH 22, 2019

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

### No. 19-5043 (consolidated with Nos. 19-5042 & 19-5044)

FIREARMS POLICY COALITION, INC. CA 18-3083,
*Plaintiff-Appellant,*

DAMIEN GUEDES; FIREARMS POLICY FOUNDATION; MADISON SOCIETY FOUNDATION, INC.; SHANE RODEN; FLORIDA CARRY, INC.,
*Plaintiffs-Appellees*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; WILLIAM P. BARR, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; THOMAS E. BRANDON, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES OF AMERICA,
*Defendants-Appellees.*

On Appeal from the United States District Court for the District of Columbia (Nos. 1:18-cv-02988-DLF, 1:18-cv-03086-DLF)

## ADDENDUM FOR BRIEF OF CONSTITUTIONAL SCHOLARS AS AMICI CURIAE IN SUPPORT OF PLAINTIFF-APPELLANT FIREARMS POLICY COALITION, INC.

Stephen A. Weisbrod (Bar No. 14795)
WEISBROD MATTEIS & COPLEY PLLC
1200 New Hampshire Avenue NW Suite 600
Washington, DC 20036
(202) 499-7909
(202) 478-1795 (fax)
sweisbrod@wmclaw.com

## PERTINENT STATUTES AND REGULATIONS

| Title | Page |
|---|---|
| 5 U.S.C. § 3345 – Acting Officer | 1 |
| 5 U.S.C. § 3347 – Exclusivity | 4 |
| 28 U.S.C. § 504 – Deputy Attorney General | 6 |
| 28 U.S.C. § 504a – Associate Attorney General | 7 |
| 28 U.S.C. § 505 – Solicitor General | 8 |
| 28 U.S.C. § 506 – Assistant Attorneys General | 9 |
| 28 U.S.C. § 508 – Vacancies | 10 |
| 28 U.S.C. § 509 – Functions of the Attorney General | 11 |
| 41 Cong. Ch. 150, 16 Stat. 162 (June 22, 1870) – An Act to Establish the Department of Justice | 12 |

**5 U.S.C. § 3345. Acting Officer**

**(a)** If an officer of an Executive agency (including the Executive Office of the President, and other than the Government Accountability Office) whose appointment to office is required to be made by the President, by and with the advice and consent of the Senate, dies, resigns, or is otherwise unable to perform the functions and duties of the office—

> **(1)** the first assistant to the office of such officer shall perform the functions and duties of the office temporarily in an acting capacity subject to the time limitations of section 3346;
>
> **(2)** notwithstanding paragraph (1), the President (and only the President) may direct a person who serves in an office for which appointment is required to be made by the President, by and with the advice and consent of the Senate, to perform the functions and duties of the vacant office temporarily in an acting capacity subject to the time limitations of section 3346; or
>
> **(3)** notwithstanding paragraph (1), the President (and only the President) may direct an officer or employee of such Executive agency to perform the functions and duties of the vacant office temporarily in an acting capacity, subject to the time limitations of section 3346, if—

1

**(A)** during the 365-day period preceding the date of death, resignation, or beginning of inability to serve of the applicable officer, the officer or employee served in a position in such agency for not less than 90 days; and

**(B)** the rate of pay for the position described under subparagraph (A) is equal to or greater than the minimum rate of pay payable for a position at GS–15 of the General Schedule.

**(b)**

**(1)** Notwithstanding subsection (a)(1), a person may not serve as an acting officer for an office under this section, if—

**(A)** during the 365-day period preceding the date of the death, resignation, or beginning of inability to serve, such person—

**(i)** did not serve in the position of first assistant to the office of such officer; or

**(ii)** served in the position of first assistant to the office of such officer for less than 90 days; and

**(B)** the President submits a nomination of such person to the Senate for appointment to such office.

**(2)** Paragraph (1) shall not apply to any person if—

2

**(A)** such person is serving as the first assistant to the office of an officer described under subsection (a);

**(B)** the office of such first assistant is an office for which appointment is required to be made by the President, by and with the advice and consent of the Senate; and

**(C)** the Senate has approved the appointment of such person to such office.

**(c)**

**(1)** Notwithstanding subsection (a)(1), the President (and only the President) may direct an officer who is nominated by the President for reappointment for an additional term to the same office in an Executive department without a break in service, to continue to serve in that office subject to the time limitations in section 3346, until such time as the Senate has acted to confirm or reject the nomination, notwithstanding adjournment sine die.

**(2)** For purposes of this section and sections 3346, 3347, 3348, 3349, 3349a, and 3349d, the expiration of a term of office is an inability to perform the functions and duties of such office.

(Added Pub. L. 105–277, div. C, title I, § 151(b), Oct. 21, 1998, 112 Stat. 2681–611; amended Pub. L. 108–271, § 8(b), July 7, 2004, 118 Stat. 814.)

3

**5 U.S.C. § 3347.  Exclusivity**

**(a)** Sections 3345 and 3346 are the exclusive means for temporarily authorizing an acting official to perform the functions and duties of any office of an Executive agency (including the Executive Office of the President, and other than the Government Accountability Office) for which appointment is required to be made by the President, by and with the advice and consent of the Senate, unless—

>**(1 )**a statutory provision expressly—
>
>>**(A)** authorizes the President, a court, or the head of an Executive department, to designate an officer or employee to perform the functions and duties of a specified office temporarily in an acting capacity; or
>>
>>**(B)** designates an officer or employee to perform the functions and duties of a specified office temporarily in an acting capacity; or
>
>**(2)** the President makes an appointment to fill a vacancy in such office during the recess of the Senate pursuant to clause 3 of section 2 of article II of the United States Constitution.

**(b)** Any statutory provision providing general authority to the head of an Executive agency (including the Executive Office of the President, and other than the Government Accountability Office) to delegate duties statutorily vested in that

4

agency head to, or to reassign duties among, officers or employees of such Executive agency, is not a statutory provision to which subsection (a)(1) applies.

(Added Pub. L. 105–277, div. C, title I, § 151(b), Oct. 21, 1998, 112 Stat. 2681–613; amended Pub. L. 106–31, title V, § 5011, May 21, 1999, 113 Stat. 112; Pub. L. 108–271, § 8(b), July 7, 2004, 118 Stat. 814.)

**28 U.S.C. § 504. Deputy Attorney General**

The President may appoint, by and with the advice and consent of the Senate, a Deputy Attorney General.

(Added Pub. L. 89–554, § 4(c), Sept. 6, 1966, 80 Stat. 612; amended Pub. L. 107–77, title VI, § 612(c), Nov. 28, 2001, 115 Stat. 800; Pub. L. 107–273, div. B, title IV, § 4004(f), Nov. 2, 2002, 116 Stat. 1812.)

**28 U.S.C. § 504a.  Associate Attorney General**

The President may appoint, by and with the advice and consent of the Senate, an Associate Attorney General.

(Added Pub. L. 95–139, § 1(a), Oct. 19, 1977, 91 Stat. 1171.)

**28 U.S.C. § 505.  Solicitor General**

The President shall appoint in the Department of Justice, by and with the advice and consent of the Senate, a Solicitor General, learned in the law, to assist the Attorney General in the performance of his duties.

(Added Pub. L. 89–554, § 4(c), Sept. 6, 1966, 80 Stat. 612.)

**28 U.S.C. § 506.  Assistant Attorneys General**

The President shall appoint, by and with the advice and consent of the Senate, 11 Assistant Attorneys General, who shall assist the Attorney General in the performance of his duties.

(Added Pub. L. 89–554, § 4(c), Sept. 6, 1966, 80 Stat. 612; amended Pub. L. 95–598, title II, § 218, Nov. 6, 1978, 92 Stat. 2662; Pub. L. 109–177, title V, § 506(a)(2), Mar. 9, 2006, 120 Stat. 247.)

**28 U.S.C. § 508.  Vacancies**

**(a)** In case of a vacancy in the office of Attorney General, or of his absence or disability, the Deputy Attorney General may exercise all the duties of that office, and for the purpose of section 3345 of title 5 the Deputy Attorney General is the first assistant to the Attorney General.

**(b)** When by reason of absence, disability, or vacancy in office, neither the Attorney General nor the Deputy Attorney General is available to exercise the duties of the office of Attorney General, the Associate Attorney General shall act as Attorney General. The Attorney General may designate the Solicitor General and the Assistant Attorneys General, in further order of succession, to act as Attorney General.

(Added Pub. L. 89–554, § 4(c), Sept. 6, 1966, 80 Stat. 612; amended Pub. L. 95–139, § 2, Oct. 19, 1977, 91 Stat. 1171.)

**28 U.S.C. § 509. Functions of the Attorney General**

All functions of other officers of the Department of Justice and all functions of agencies and employees of the Department of Justice are vested in the Attorney General except the functions—

> **(1)** vested by subchapter II of chapter 5 of title 5 in administrative law judges employed by the Department of Justice;
>
> **(2)** of the Federal Prison Industries, Inc.; and
>
> **(3)** of the Board of Directors and officers of the Federal Prison Industries, Inc.

(Added Pub. L. 89–554, § 4(c), Sept. 6, 1966, 80 Stat. 612; amended Pub. L. 95–251, § 2(a)(6), Mar. 27, 1978, 92 Stat. 183; Pub. L. 98–473, title II, § 228(a), Oct. 12, 1984, 98 Stat. 2030; Pub. L. 107–273, div. A, title II, § 204(d), div. B, title IV, § 4003(b)(1), Nov. 2, 2002, 116 Stat. 1776, 1811.)

**41 Cong. Ch. 150, 16 Stat. 162 (June 22, 1870) – An Act to Establish the Department of Justice**

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That there shall be, and is hereby, established an executive department of the government of the United States, to be called the Department of Justice, of which the Attorney-General shall be the head. His duties, salary, and tenure of office shall remain as now fixed by law, except so far as they may be modified by this act.

Sec. 2. *And be it further enacted*, That there shall be in said Department an officer learned in the law, to assist the Attorney-General in the performance of his duties, to be called the solicitor-general, and who, in case of a vacanacy in the office of Attorney-General, or in his absence or disability, shall have power to exercise all the duties of that office. There shall also be continued in said Department the two other officers, learned in the law, called the assistants of the Attorney-General, whose duty it shall be to assist the Attorney-General and solicitor-general in the performance of their duties, as now required by law.

. . . .

Sec. 19. *And be it further enacted*, That this act shall take effect and be in force from and after the first day of July, eighteen hundred and seventy.

APPROVED, June 22, 1870