# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 19-5042 | September Term, 2018 |
| | 1:18-cv-03086-DLF |
| | 1:18-cv-02988-DLF |
| | Filed On: March 11, 2019 |

Damien Guedes, et al.,

    Appellants

Firearms Policy Coalition, Inc., CA 18-3083,

    Appellee

    v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

    Appellees

------------------------------

Consolidated with 19-5043, 19-5044

## O R D E R

Upon consideration of the joint motion to divide oral argument, it is

**ORDERED** that the motion be granted. The following revised allocation of oral argument time will now apply:

I. <u>Non-Whitaker Based Issues</u>

| | | |
|---|---|---|
| Erik Jaffe (Appellants) | - | 10 Minutes |
| Brad Hinshelwood (Appellees) | - | 10 Minutes |

II. <u>Whitaker Based Issues</u>

| | | |
|---|---|---|
| Tom Goldstein (Appellants) | - | 5 Minutes |
| Hashim Mooppan (Appellees) | - | 5 Minutes |

**Per Curiam**

                FOR THE COURT:
                Mark J. Langer, Clerk

BY:    /s/
          Michael C. McGrail
          Deputy Clerk