# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  Service will be accomplished by the appellate CM/ECF system on participants in the case who are registered CM/ECF users. I further certify that I have caused to be sent by electronic mail, a true and correct copy of the foregoing Transcript Status Report Form to:

Sara A. Wick, RPR, CRR
US Courthouse, Room 4704-B
333 Constitution Ave., NW
Washington, DC 20001
Sara_Wick@dcd.uscourts.gov


/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh

Attorney for Plaintiffs-Appellants
David Codrea, Scott Heuman, Owen Monroe