ORAL ARGUMENT SCHEDULED FOR MARCH 22, 2019
No. 19-5043 (consolidated with Nos. 19-5042 & 19-5044)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

FIREARMS POLICY COALITION, INC., CA 18-3083,
*Plaintiff-Appellant*,

DAMIEN GUEDES; FIREARMS POLICY FOUNDATION; MADISON SOCIETY FOUNDATION, INC.; SHANE RODEN; FLORIDA CARRY, INC.,
*Plaintiffs-Appellees*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; WILLIAM P. BARR, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; THOMAS E. BRANDON, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES OF AMERICA,
*Defendants-Appellees*.

———————

*On Appeal from the United States District Court for the District of Columbia (Nos. 1:18-cv-02988-DLF, 1:180-cv-03086-DLF)*

———————

# MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE MORTON ROSENBERG IN SUPPORT OF PLAINTIFF-APPELLANT URGING REVERSAL

———————

J. Carl Cecere
CECERE PC
6035 McCommas Blvd.
Dallas, Texas  75206
(469) 600-9455
ccecere@cecerepc.com

*Attorney for Amicus Curiae*

Pursuant to Federal Rule of Appellate Procedure and Circuit Rule 29(b), Morton Rosenberg respectfully requests leave to file the following brief in support of Plaintiff-Appellant in the above-captioned matter. In support of that motion, amicus would show the following:

1. On November 7, 2018, Attorney General Jefferson B. Sessions III submitted his resignation as Attorney General to President Trump. *See* Letter from Jefferson B. Sessions III to President Donald J. Trump (Nov. 7, 2018), https://cnn.it/2SVkdaQ. Shortly thereafter, President Trump appointed Matthew G. Whitaker as the Acting Attorney General. *See* Donald J. Trump (@realDonaldTrump), Twitter (Nov. 7, 2018, 11:44AM), https://bit.ly/2STEopE. The Government contends that this appointment was permissible under the Federal Vacancies Reform Act,

2. On November 16, Petitioner filed a motion to substitute Deputy Attorney General Rod Rosenstein as Acting Attorney General in Whitaker's stead. Petitioner contends that the appointment of Whitaker as Acting Attorney General rather than Deputy Attorney General Rosenstein violates the Attorney General Succession Act, 28 U.S.C. § 508, as well as the Appointments Clause of the Constitution, U.S. Const. art. II, § 2, cl.

3. Amicus has special expertise in these matters as a former attorney with

1

the Congressional Research Service, and he has an interest in sharing that expertise with the Court as it considers thiscase.

4.  The Firearms Policy Coalition has indicated its consent to the filing of this brief. The Government opposes the filing of this brief.

Accordingly, amicus curiae Morton Rosenberg respectfully requests leave to file the enclosed amicus curiae brief in support of Plaintiff-Appellant and urging reversal.

Respectfully submitted,

*/s/ J. Carl Cecere*

J. Carl Cecere
CECERE PC
6035 McCommas Blvd.
Dallas, Texas  75206
(469) 600-9455
ccecere@cecerepc.com

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.

*/s/ J. Carl Cecere*

**J. Carl Cecere**

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Rule 29(d) of the Federal Rules of Appellate Procedure because this brief contains 256 words, in compliance with Federal Rules of Appellate Procedure 27(d).

This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because the motion has been prepared using Microsoft Word 2010 in 14-point Century Expanded BT font, which is a proportionately spaced typeface.

*/s/ J. Carl Cecere*

**J. Carl Cecere**