ORAL ARGUMENT SCHEDULED FOR MARCH 22, 2019

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

## No. 19-5043 (consolidated with Nos. 19-5042 & 19-5044)

FIREARMS POLICY COALITION, INC., CA 18-3083,
*Plaintiff-Appellant*,

DAMIEN GUEDES; FIREARMS POLICY FOUNDATION; MADISON SOCIETY FOUNDATION, INC.; SHANE RODEN; FLORIDA CARRY, INC.,
*Plaintiffs-Appellees*,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; WILLIAM P. BARR, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; THOMAS E. BRANDON, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES OF AMERICA,
*Defendants-Appellees*.

On Appeal from the United States District Court for the District of Columbia (Nos. 1:18-cv-02988-DLF, 1:18-cv-03086-DLF)

## MOTION OF CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON AND FORMER GOVERNMENT ETHICS OFFICIALS FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Conor M. Shaw
cshaw@citizensforethics.org
Nikhel S. Sus
nsus@citizensforethics.org
Citizens for Responsibility and Ethics in Washington
1101 K St. NW, Suite 201
Washington, D.C. 20005
T: (202) 408-5565; F: (202) 588-5020

Pursuant to Rule 29(a) of the Federal Rules of Appellate Procedure and Circuit Rule 29, Citizens for Responsibility and Ethics in Washington ("CREW") and seven former government ethics officials respectfully move this Court for leave to file the accompanying *amicus curiae* brief in the above-captioned matter. CREW and the former government ethics officials highlight points not made or adequately elaborated upon in the principal briefs filed to date, namely, the significant ethical concerns posed by Matthew Whitaker's purported appointment and service as Acting Attorney General and how those concerns demonstrate the need for compliance with the Attorney General Succession Act ("AG Succession Act"), 28 U.S.C. § 508, and the Constitution's Appointments Clause, U.S. Const. art. II, § 2 cl.2.

Under Rule 29(a)(6) of the Federal Rules of Appellate Procedure, this motion and the accompanying brief is timely because it is filed within seven days of the principal brief of the party being supported.

For these reasons, CREW and the former government ethics officials respectfully request that the Court grant this motion for leave to file the accompanying *amicus curiae* brief.

March 11, 2019                              Respectfully Submitted,

/s/ Conor M. Shaw

Conor M. Shaw
cshaw@citizensforethics.org
Nikhel S. Sus
nsus@citizensforethics.org
Citizens for Responsibility and Ethics
in Washington
1101 K St. NW, Suite 201
Washington, D.C. 20005
T: (202) 408-5565; F: (202) 588-5020

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(1)(E) and 27(d)(2) because this motion contains fewer than 5,200 words.

This motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ Conor M. Shaw  
Counsel for *Amici*

## CERTIFICATE OF SERVICE

Pursuant to D.C. Circuit Local Rule 25(f), I hereby certify that on this 11th day of March, 2019, I electronically filed the foregoing with the Court using the CM/ECF system. All parties to the case have been served through the CM/ECF system.

<pre>                                        /s/ Conor M. Shaw
                                        Counsel for *Amici*</pre>