# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Damien Guedes, et al.

v.

Bureau of Alcohol, Tobacco, Firearms and

**Case No:** 19-5042, 19-5043, 19-5044

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| United States of America | Bureau of Alcohol, Tobacco, Firearms & Explos |
| William Barr, Attorney General | Thomas E. Brandon, Acting Director ATF |

### Counsel Information

**Lead Counsel:** Bradley Hinshelwood
**Direct Phone:** (202) 514-7823 **Fax:** (202) 514-8151 **Email:** bradley.a.hinshelwood@usdoj.gov

**2nd Counsel:** Matthew J. Glover
**Direct Phone:** (202) 307-1697 **Fax:** (202) 514-8071 **Email:** matthew.j.glover@usdoj.gov

**3rd Counsel:**
**Direct Phone:** (   )    -    **Fax:** (   )    -    **Email:**

**Firm Name:** Civil Division, U.S. Department of Justice
**Firm Address:** 950 Pennsylvania Ave. NW, Washington, DC 20530
**Firm Phone:** (202) 514-3301 **Fax:** (202) 514-8071 **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)