**No. 19-5042**
Consolidated with 19-5043, 5044

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

DAMIEN GUEDES, *et al.*,

*Plaintiff-Appellants,*

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,

*Defendant-Appellees.*

On Appeal From The United States District Court
For the District of Columbia

**NOTICE OF INTENT TO FILE BRIEF OF *AMICUS CURIAE*
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE
IN SUPPORT OF DEFENDANT-APPELLEES**

March 12, 2019

*Counsel listed on inside cover*

Ian Simmons
Matt Schock*
Allison B. Smith*
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
(202) 383-5300
isimmons@omm.com

Anthony G. Beasley*
O'MELVENY & MYERS LLP
400 S. Hope St., 18th Floor
Los Angeles, CA 90071
(213) 430-6000
tbeasley@omm.com

Counsel for *Amicus Curiae* Giffords
Law Center to Prevent Gun Violence

J. Adam Skaggs
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
225 W. 38th Street #90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

Hannah Shearer
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
268 Bush Street #555
San Francisco, CA 94104
(415) 443-2062
hshearer@giffords.org

Of Counsel for *Amicus Curiae* Giffords
Law Center to Prevent Gun Violence

*admission pending

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, the Giffords Law Center to Prevent Gun Violence certifies that it has no parent corporation. It has no stock, and therefore no publicly held company owns 10% or more of its stock.

# NOTICE OF INTENT TO FILE

Pursuant to D.C. Circuit Rule 29(b), Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") hereby gives notice that it intends to file a brief in this matter as *amicus curiae* in support of Defendant-Appellees. Giffords Law Center focuses specifically on firearms policy and the plain meanings of statutory terms, highlighting Appellants' reasoned approach to and the pressing need for bump stock regulation. All parties have consented to the filing of this brief.

Dated: March 12, 2019

*/s/ Ian Simmons*
Ian Simmons
Matt Schock*
Allison B. Smith*
O'MELVENY & MYERS LLP
1625 Eye Street N.W.
Washington, DC 20006
(202) 383-5300
isimmons@omm.com

Anthony G. Beasley*
O'MELVENY & MYERS LLP
400 S. Hope St., 18th Floor
Los Angeles, CA 90071
(213) 430-6000
tbeasley@omm.com

Counsel for *Amicus Curiae* Giffords Law Center to Prevent Gun Violence

*admission pending

Respectfully submitted,

J. Adam Skaggs
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
225 W. 38th Street #90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org

Hannah Shearer
GIFFORDS LAW CENTER TO
PREVENT GUN VIOLENCE
268 Bush Street #555
San Francisco, CA 94104
(415) 443-2062
hshearer@giffords.org

Of Counsel for *Amicus Curiae* Giffords Law Center to Prevent Gun Violence

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I filed the foregoing Notice with this Court by causing a true digital copy to be electronically uploaded to the Court's CM/ECF system.

March 12, 2019

Respectfully submitted,

*/s/ Ian Simmons*
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006
(202) 383-5300
isimmons@omm.com

Counsel for *Amicus Curiae*