# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 19-5042** | **September Term, 2018** |
| | **1:18-cv-02988-DLF** |
| | **1:18-cv-03086-DLF** |
| | **Filed On:** March 13, 2019 |

Damien Guedes, et al.,

       Appellants

Firearms Policy Coalition, Inc., CA 18-3083,

       Appellee

      v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

       Appellees

------------------------------

Consolidated with 19-5043, 19-5044

      **BEFORE:**   Henderson, Srinivasan, and Millett, Circuit Judges

## O R D E R

Upon consideration of the motions of movant-amici Constitutional Scholars, Morton Rosenberg, Citizens for Responsibility and Ethics in Washington and Former Government Ethics Officials, and the New Civil Liberties Alliance and W. Clark Aposhian for leave to file briefs amici curiae in support of appellants, and the lodged briefs amici curiae, it is

**ORDERED** that the motions for leave to file briefs amici curiae be granted. The Clerk is directed to file the lodged briefs amici curiae.

The parties are directed to be prepared to address at oral argument any relevant issues raised in the briefs amici curiae that are accepted for filing.

### Per Curiam

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                          BY:   /s/
                                        Michael C. McGrail
                                        Deputy Clerk

# United States Court of Appeals

### For The District of Columbia Circuit

_____

**No. 19-5042** **September Term, 2018**