

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7256
Washington, DC 20530

Tel: (202) 514-7823

March 14, 2019

VIA CM/ECF

Mark Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue NW
Washington, D.C. 20001

RE:     *Guedes v. Bureau of Alcohol, Tobacco, Firearms and Explosives*
        Consolidated Case Nos. 19-5042, 19-5043, 19-5044 (D.C. Cir.)
        **Oral Argument Scheduled on March 22, 2019**

Dear Mr. Langer:

    Pursuant to Federal Rule of Appellate Procedure 28(j), we write to inform the Court of developments related to the Department of Justice rule at issue in this case. As the government's brief explains (Br. 14), Attorney General William Barr ratified the rule on March 11, 2019. This morning, Attorney General Barr's ratification of the rule was published in the Federal Register. *See Bump-Stock-Type Devices*, 84 Fed. Reg. 9239 (Mar. 14, 2019). A copy of the Federal Register notice is attached for the Court's reference.

                                                            Sincerely,

                                                            *s/ Brad Hinshelwood*
                                                            Brad Hinshelwood

Enclosures

cc:     Counsel of Record (via CM/ECF)