# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5042**                                         September Term, 2018

1:18-cv-03086-DLF
1:18-cv-02988-DLF

Filed On: March 14, 2019 [1777634]

Damien Guedes, et al.,

    Appellants

Firearms Policy Coalition, Inc., CA 18-3083,

    Appellee

    v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

    Appellees

------------------------------

Consolidated with 19-5043, 19-5044

    **BEFORE:**    Henderson, Srinivasan, and Millett, Circuit Judges

## O R D E R

Upon consideration of the motion of appellant Firearms Policy Coalition, Inc. to exceed the word limit, it is

**ORDERED** that the motion be denied.

**Per Curiam**

                              FOR THE COURT:
                              Mark J. Langer, Clerk

              BY:    /s/
                         Michael C. McGrail
                         Deputy Clerk