# Stamboulieh Law, PLLC

P.O. Box 4008, Madison, MS  39130 | (601) 852-3440 | stephen@sdslaw.us

March 21, 2019

Mark Langer, Clerk of the Court
E. Barrett Prettyman
U.S. Courthouse and William B. Bryant Annex
333 Constitution Ave., NW Washington, DC 20001

RE:  *David Codrea, et al. v. William Barr, et al.*; 19-5044 (consolidated with 19-5042 & 19-5043)

Dear Mr. Langer:

      Pursuant to Fed. R. App. P. 28(j), the Codrea Plaintiffs-Appellants direct this Court's attention to a Tenth Circuit order just entered enjoining the enforcement of the Final Rule in *W. Clark Aposhian v. William Barr, et al* (District Court of Utah; 2:19-cv-00037-JNP-BCW) against Mr. Aposhian until such time that the Tenth Circuit Court of Appeals can "adequately consider and rule on the pending motion [Emergency Motion for Injunction Pending Appeal]." The Order is attached.

      Yours very truly,

STEPHEN D. STAMBOULIEH

cc:  All counsel of record w/ attachment (ECF)