# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-5042**　　　　　　　　　　　　　　　**September Term, 2018**

1:18-cv-03086-DLF
1:18-cv-02988-DLF

**Filed On: March 22, 2019** [1778844]

Damien Guedes, et al.,

　　　　Appellants

Firearms Policy Coalition, Inc., CA 18-3083,

　　　　Appellee

　　　v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

　　　　Appellees

---

Consolidated with 19-5043, 19-5044

**BEFORE:**　Circuit Judges Henderson, Srinivasan, and Millett

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on March 22, 2019 at 9:36 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

　　Erik Jaffe, counsel for Appellants - I. Non Whitaker Based Issues.
　　Tom Goldstein, counsel for Appellants - II. Whitaker Based Issues.

　　Brad Hinshelwood (DOJ), counsel for Appellees - I. Non Whitaker Based Issues.
　　Hashim Mooppan (DOJ), counsel for Appellees - II. Whitaker Based Issues.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Shana E. Thurman
　　　　　　　　　　　　　　　　　　Deputy Clerk