# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 19-5042** | **September Term, 2018** |
| | 1:18-cv-02988-DLF |
| | 1:18-cv-03086-DLF |
| | **Filed On:** March 25, 2019 |

Damien Guedes, et al.,

      Appellants

Firearms Policy Coalition, Inc., CA 18-3083,

      Appellee

      v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

      Appellees

------------------------------
Consolidated with 19-5044

      **BEFORE:**   Henderson, Srinivasan, and Millett, Circuit Judges

## O R D E R

Upon consideration of the emergency joint motion to modify stay order, which includes a request to clarify the order filed March 23, 2019, the opposition thereto, and the reply, it is

**ORDERED** that the motion to modify be denied. It is

**FURTHER ORDERED** that the request for clarification be granted in part and be denied in part. The administrative stay entered on March 23, 2019, applies only to the named Appellants in appeals Nos. 19-5042 and 19-5044, including any current *bona fide* members of the named membership associations. *See Sorenson Communications v. FCC*, 897 F.3d 214, 224-225 (D.C. Cir. 2018).

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY:   /s/
             Michael C. McGrail
             Deputy Clerk