

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7256
Washington, DC 20530

Tel: (202) 514-7823

March 28, 2019

VIA CM/ECF

Mark Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue NW
Washington, D.C. 20001

RE: *Guedes v. Bureau of Alcohol, Tobacco, Firearms and Explosives*
Consolidated Case Nos. 19-5042, 19-5044 (D.C. Cir.)
**Oral Argument held on March 22, 2019**

Dear Mr. Langer:

     Pursuant to Federal Rule of Appellate Procedure 28(j), we write to inform the Court of developments in *Gun Owners of America v. Barr*, a suit challenging the same Department of Justice rule at issue in this case. In the evening of March 21, 2019, a district court in the Western District of Michigan denied a preliminary injunction against the rule. *See* Dkt. No. 48, W.D. Mich. No. 18-cv-1429. Plaintiffs appealed and sought a stay of the rule from the Sixth Circuit, which a panel of that court denied on March 25. *See* Dkt. No. 9-2, 6th Cir. No. 19-1298. Plaintiffs then sought a stay from the Supreme Court, which today also denied relief. *See* Order, No. 18A963 (Mar. 28, 2019). All three orders are attached for the Court's reference.

     In addition, the government notes that, although this Court has dismissed the appeal in No. 19-5043, the issues raised by that appeal remain before the Court in No. 19-5044. *See* Codrea Br. at 20-21 ("preserv[ing]" challenge to Acting Attorney General Whitaker's appointment and "adopt[ing] and incorporat[ing] by reference the briefing on this issue by Firearms Policy Coalition, Inc. in the consolidated case").

          Sincerely,

          *s/ Brad Hinshelwood*
          Brad Hinshelwood

Enclosures

cc:    Counsel of Record (via CM/ECF)