(ORDER LIST: 587 U.S.)

THURSDAY, MARCH 28, 2019

ORDER IN PENDING CASE

18A963     GUN OWNERS OF AMERICA, ET AL. V. BARR, ATT'Y GEN., ET AL.

      The application for stay presented to Justice Sotomayor and by her referred to the Court is denied.