**ORAL ARGUMENT HEARD ON MARCH 22, 2019**

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Firearms Policy Coalition, Inc., | ) | |
| *Plaintiff-Appellant,* | ) | |
| | ) | No. 19-5044 |
| Damien Guedes, et al., | ) | |
| *Plaintiffs-Appellants,* | ) | Consolidated with Nos. |
| | ) | 19-5042, 19-5043 |
| v. | ) | |
| | ) | |
| Bureau of Alcohol, Tobacco, | ) | |
| Firearms and Explosives, et al. | ) | |
| *Defendants-Appellees.* | ) | |
| _____ | ) | |

**CODREA PLAINTIFFS-APPELLANTS' NOTICE OF VOLUNTARY DISMISSAL OF WHITAKER-BASED CLAIM IN INTERLOCUTORY APPEAL 19-5044**

COME NOW, Plaintiffs-Appellants David Codrea, Scott Heuman, and Owen Monroe ("Plaintiffs-Appellants") and hereby files this Notice of Voluntary Dismissal of Whitaker-Based Claim in Interlocutory Appeal 19-5044 and would show unto the Court the following:

On March 22, 2019, this Court held oral argument in the consolidated cases 19-5042, 19-5043 and 19-5044. A day before the reply brief of all Plaintiffs-Appellants was due, Attorney General Barr purported to ratify the Final Rule at issue in these cases. After oral argument, 19-5043 filed its motion to voluntarily dismiss its appeal

pending litigation in the district court to final judgment.  That motion was granted on March 23, 2019.  On March 28, 2019, Defendants-Appellees submitted a 28(j) letter to this Court, and in the final paragraph of the letter, stated "… although the Court has dismissed the appeal in No. 19-5043, the issues raised by that appeal remain before the Court in No. 19-5044.  *See* Codrea Br. at 20-21 ("preserv[ing]" challenge to Acting Attorney General Whitaker's appointment and "adopt[ing] and incorporate[ing] by reference the briefing on this issue by Firearms Policy Coalition, Inc. in the consolidated case.").  [Document # 1780126 at p.1].

Given that the 19-5043 Plaintiff-Appellant dismissed its interlocutory appeal, and that Plaintiffs-Appellants in the 19-5044 matter raised, as one of its issues, the same issue in 19-5043, the Codrea Plaintiffs respectfully write to the Court to notify it that the issue regarding Whitaker's appointment should be dismissed in 19-5044 as well given the ratification of the Final Rule and the dismissal of 19-5043.  The Codrea Plaintiffs are not dismissing any other part of their appeal except for the Whitaker-based claim it preserved in its brief.  Counsel for undersigned contacted counsel for Defendants-Appellants regarding this relief, and counsel for the government stated: "We don't think a motion under Fed. R. App. P. 42, which provides for voluntary dismissal of an appeal, would be the proper vehicle for abandoning discrete arguments in support of your appeal. We take no position on whether the panel should exercise its discretion to permit abandoning the Whitaker argument at this

2

point, after briefing and oral argument." (Email from Abby Wright on March 29, 2019).

Because the Codrea Plaintiffs adopted and incorporated the briefing of the 19-5043 Plaintiff-Appellant, and that case has now been voluntarily dismissed, the Codrea Plaintiffs seek to have the related issue dismissed from their appeal[1] without prejudice to rejoin the 19-5043 on appeal after litigating this issue to judgment in the district court, to preserve judicial economy and narrow the issues for the Court to resolve.

Dated: March 31, 2019.

Respectfully submitted,

*/s/Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009
*Counsel for Plaintiffs-Appellants*

---

[1] But not the entire appeal regarding the Final Rule.

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this Notice complies with requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionality spaced font, and that it complies with type volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 436 words, according to Microsoft Word 365.

*/s/Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2019, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system on participants in the case who are registered CM/ECF users.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
*Attorney for Plaintiffs-Appellants*
*David Codrea, Scott Heuman, Owen Monroe*