# CIVIL RIGHTS DEFENSE FIRM, P.C.

*Defending YOUR Inalienable Rights*

*Joshua Prince*
*Adam Kraut*                                                                      *Phone: 888-202-9297*
*Jorge Pereira*                                                                   *Fax: 610-400-8439*

April 03, 2019

Clerk of Courts for the United States Court of Appeals - District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse and William B. Bryan Annex
Room 5205
333 Consititution Avenue NW
Washington, DC 20001

RE:   *Damien Guedes, et al. v. ATF, et al.*
      Docket Number: 19-5042, consolidated with 19-5044

Dear Gentlemen/Mesdames:

   Pursuant to the Court's Judgment of April 1, 2019, all Plaintiffs/Appellants in this consolidated appeal, hereby give notice to the Court that they have electronically filed an Application for Stay with the Supreme Court of the United States and that paper copies are to be delivered to the Supreme Court by 11 A.M. this morning.

   Consistent with this Court's Judgment of April 1, 2019, Plaintiffs/Appellants respectfully request that the mandate not be issued and the administrative stay granted by this Court remain in effect pending disposition of the stay application.

   I further certify that all participants in this case are registered CM/ECF users and that copies of this notice will be provided to all participants by the CM/ECF system.

                                                  Respectfully Yours,
                                                  Civil Rights Defense Firm, P.C.

                                                  *[signature]*

                                                  Joshua G. Prince
                                                  joshua@civilrightsdefensefirm.com

jgp/web