(ORDER LIST: 587 U.S.)

FRIDAY, APRIL 5, 2019

ORDER IN PENDING CASE

18A1019    GUEDES, DAMIEN, ET AL. V. BUREAU OF ALCOHOL, ET AL.

The application for stay, presented to The Chief Justice and by him referred to the Court, is denied.

Applicants request that if we deny this application we grant a limited stay of 120 hours to allow them to come into compliance with the Final Rule. We refer the issue of such a stay to the D.C. Circuit for its consideration.

Justice Thomas and Justice Gorsuch would grant the application.