UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **DAMIEN GUEDUES**, *et al.*, | No. 19-5042 |
| Appellants | |
| | Consolidated with |
| v. | No. 19-5044 |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES**, *et al.*, | |
| Appellees | |

# EMERGENCY JOINT MOTION TO EXTEND STAY ORDER

Appellants jointly and respectfully request that this Court modify its Order of April 1, 2019 and aver in support:

1. On April 1, 2019, this Court issued an Order, *inter alia*, extending "the effective date of the Bump Stock Rule, 83 Fed. Reg. 66,514 (Dec. 26, 2018), that was entered on the court's own motion on March 23, 2019," for a period of 48 hours form the time of issuance of the opinion to allow Plaintiffs to seek a stay from the Supreme Court of the United States. The Order further stated that the administrative stay would remain in effect pending the disposition of the stay application.

2. On April 5, 2019, the Supreme Court denied the Plaintiffs' application for a stay pending *en banc* review or in the alternative a cert petition. The Order denying Application is attached hereto and incorporated herein as Exhibit A.

3. In its Order, the Supreme Court noted that

> Applicants request that if we deny this application we grant a limited stay of 120 hours to allow them to come into compliance with the Final Rule. We refer the issue of such a stay to the D.C. Circuit for its consideration.

Plaintiffs request that this Honorable Court issue an extension of the stay ordered on April 1, 2019, pending Plaintiffs' Petition for Rehearing *En Banc*. In the alternative, Plaintiffs request a limited stay of an additional 120 hours from the issuance of this Court's Order to ensure that Plaintiffs and their current bona fide members have sufficient time to surrender or destroy their bump-stock-type devices to the local ATF field office. Plaintiffs note that at the time of filing of this motion, it is mid-day on a Friday, which would prevent numerous parties from being able to retrieve their bump-stock-type device to surrender at a local ATF field office. Moreover, local field offices are not open on the weekends which would mean that the Plaintiffs and their current bona fide members, would not be able to surrender them at a local field office until at least Monday, April 8, 2019. Absent a stay allowing time to surrender the devices, plaintiffs and many of

their members will promptly be deemed felons and will have no opportunity to lawfully surrender the devices as even the mere act of surrender would demonstrate a violation of the law under the Final Rule. ATF has consented to continuing the stay until 5:00 PM on Tuesday, April 9, 2019, to allow appellants and their members time to comply. Appellants request the stay be continued until 5:00 PM, local time, on Wednesday, April 10, 2019, to allow appellants and their members time to comply.

**WHEREFORE**, Appellants respectfully request that this Court modify the stay Order issued on April 1, 2019, to stay the Final Rule in relation to the Appellants, including their current bona fide members pending their Petition for Rehearing *En Banc*, or in the alternative stay the Final Rule for the Appellants, including their current bona fide members, until 5:00 PM, local time, on Wednesday, April 10, 2019.

Respectfully Submitted,

/s/ Adam Kraut
Adam Kraut, Esq.
D.C. Bar No. PA0080
AKraut@Civilrightsdefensefirm.com

/s/ Joshua Prince
Joshua Prince, Esq.

3

D.C. Bar No. PA0081
Joshua@Civilrightsdefensefirm.com

Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803 (t)
610-845-3903 (f)

*Counsel for Plaintiffs-Appellants*

/s/ Erik S. Jaffe
Erik S. Jaffe
D.C. Bar No. 440112
Schaerr | Jaffe LLP
1717 K Street NW
Suite 900
Washington, DC 20006
202-787-1060 (t)
ejaffe@schaerr-jaffe.com

*Of Counsel*

# EXHIBIT A

(ORDER LIST: 587 U.S.)

FRIDAY, APRIL 5, 2019

ORDER IN PENDING CASE

18A1019    GUEDES, DAMIEN, ET AL. V. BUREAU OF ALCOHOL, ET AL.

The application for stay, presented to The Chief Justice and by him referred to the Court, is denied.

Applicants request that if we deny this application we grant a limited stay of 120 hours to allow them to come into compliance with the Final Rule. We refer the issue of such a stay to the D.C. Circuit for its consideration.

Justice Thomas and Justice Gorsuch would grant the application.

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. 32(g), I certify this motion complies with the requirements of Fed. R. App. 27(d)(1)(E) because it has been prepared in 14-point Times News Roman, a proportionally spaced font, and that it complies with the type volume limitations of Fed. R. App. P. 27(d)(2)(A), because it contains 509 words, according to the count of Microsoft Word.

Dated: April 5, 2019                     Respectfully Submitted,

/s/ Adam Kraut
Adam Kraut, Esq.
D.C. Bar No. 0080
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
610-845-3803 (t)
610-845-3903 (f)
AKraut@Civilrightsdefensefirm.com
*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Adam Kraut
Adam Kraut, Esq.