

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7252
Washington, DC 20530

MBS:ACWright

Abby Wright  Tel: (202) 514-0664
Abby.Wright@usdoj.gov

April 5, 2019

Mr. Mark Langer
Clerk of the Court
U.S. Court of Appeals for the
　District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001
VIA CM/ECF

　　　　Re:　　*Guedes v. ATF*, Consolidated Case Nos. 19-5042, 19-5044

Dear Mr. Langer:

　　We write to inform the Court that the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) is now willing to extend the effective date of the Final Rule until 5pm Wednesday, April 10, 2019, with respect to the plaintiffs and their bona fide members covered by this Court's administrative stay of March 23, as clarified on March 25.

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　/s/ Abby C. Wright
　　　　　　　　　　　　　　Abby C. Wright
　　　　　　　　　　　　　　Counsel for Defendants

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on April 5, 2019, I electronically served and filed the foregoing document with the Clerk of the Court by using the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Abby C. Wright*
Abby C. Wright
Counsel for Defendants