# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 19-5042 | September Term, 2018 |
| | 1:18-cv-02988-DLF |
| | 1:18-cv-03086-DLF |
| | Filed On: April 5, 2019 |

Damien Guedes, et al.,

     Appellants

Firearms Policy Coalition, Inc.,

     Appellee

    v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

     Appellees

------------------------------
Consolidated with 19-5044

    **BEFORE:**    Henderson, Srinivasan, and Millett, Circuit Judges

## O R D E R

Upon consideration of appellants' emergency joint motion to extend stay order, and the government's letters filed April 5, 2019, it is

**ORDERED** that, based on the government's representation that it will not enforce the Bump-Stock Rule against the named plaintiffs or their *bona fide* members before 5:00 p.m. on Wednesday, April 10, 2019, the emergency joint motion be denied and the administrative stay entered on March 23, 2019, and clarified on March 25, 2019, be dissolved.

The Clerk is directed to issue the mandate forthwith.

### Per Curiam

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

              BY:    /s/
                        Scott H. Atchue
                        Deputy Clerk