# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-5042**　　　　　　　　　　　　**September Term, 2018**

　　　　　　　　　　　　　　　　　　　　1:18-cv-03086-DLF
　　　　　　　　　　　　　　　　　　　　1:18-cv-02988-DLF

　　　　　　　　　　　　　　**Filed On: April 5, 2019** [1781465]

Damien Guedes, et al.,

　　　　Appellants

Firearms Policy Coalition, Inc., CA 18-3083,

　　　　Appellee

　　v.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

　　　　Appellees

------------------------------

Consolidated with 19-5044

## M A N D A T E

　　In accordance with the judgment of April 1, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk
　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　Scott H. Atchue
　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed April 1, 2019