# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 4, 2019

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC  20001

    Re:  Damien Guedes, et al.
          v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.
          No. 19-296
          (Your No. 19-5042)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 29, 2019 and placed on the docket September 4, 2019 as No. 19-296.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst